JOSEPH DALTON et al., Appellants-Respondents, v GEORGE PATAKI, as Governor of the State of New York, et al., Respondents-Appellants, et al., Respondents. (Action No. 1.)

LEE KARR, Appellant-Respondent, v GEORGE PATAKI, as Governor of the State of New York, et al., Respondents-Appellants, et al., Respondents. (Action No. 2.)

Submitted December 20, 2004; decided January 13, 2005

LEE KARR, Appellant-Respondent, v GEORGE PATAKI, as Governor of the State of New York, et al., Respondents-Appellants, et al., Respondents. (Action No. 2.)

Submitted December 27, 2004; decided January 13, 2005

Motion by New York Thoroughbred Horsemen's Association, Inc. for leave to file a brief amicus curiae on the appeals herein granted and the proposed brief is accepted as filed. Twenty copies of the brief may be filed and three copies served within 10 days.